UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00578-RJC-DSC

| | |
|---|---|
| HERBERT JUDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHARLOTTE, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. Defendant filed a Motion for Summary Judgment on May 31, 2017, (Doc. No. 21). After three motions for extension of time, (Doc. Nos. 22, 24, and 25), Plaintiff filed an Opposition to Defendant's Motion on June 26, 2017, (Doc. No. 26). Finally, Defendant filed a Reply in Support of its Motion on July 3, 2017, (Doc. No. 28). The trial date was left unaffected by the extensions of time and is currently September 5, 2017.

**IT IS, HEREBY, ORDERED** that a hearing on Defendant's Motion for Summary Judgment will be held on September 5, 2017 at 2 p.m. **IT IS FURTHER ORDERED** that the jury trial for this matter is rescheduled for November 6, 2017.

Signed: July 21, 2017

Robert J. Conrad, Jr.
United States District Judge